# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Don Meadows,

Plaintiff(s),

v.

Rockford Housing Authority, et al.,

Defendant(s).

Case No. 12 C 50310

Judge Frederick J. Kapala

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Summary judgment is entered for defendants John M. Novay and Larry Hodges on plaintiff's § 1983 claims and against plaintiff Don Meadows.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Frederick J. Kapala on a motion

Date: 12/28/2015

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk